UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MJ'S MARKET, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUSHI HOLDINGS, INC., JUSHI MA, INC., JUSHI, INC., SAMMARTINO INVESTMENTS LLC, NATURE'S REMEDY OF MASSACHUSETTS, INC. WWF LLC, MCMANN LLC, VALIANT ENTERPRISES, LLC, JOHN BRADY, ROBERT CARR, JR. AND JUSTING LUNDBERG,, <br><br> Defendants. | CIVIL ACTION NO. 23-CV-40037 |

### MOTION OF DEFENDANTS JUSHI MA, INC., JUSHI, INC., JUSHI HOLDINGS, INC., MCMANN, LLC, VALIANT ENTERPRISES, LLC, AND NATURE'S REMEDY OF MASSACHUSETTS, INC. TO CONTINUE STATUS CONFERENCE

By their counsel, Defendants Jushi MA, Inc., Jushi, Inc., Jushi Holdings, Inc., McMann, LLC, Valiant Enterprises, LLC, and Nature's Remedy of Massachusetts, Inc. (collectively "Jushi Defendants"), respectfully request the Court to continue the Status Conference currently scheduled for August 21, 2024 at 2:30 p.m. (Remote only) to a date on or after September 5, 2024. In support of this motion, the Jushi Defendants state as follows:

1. Douglas T. Radigan of Bowditch & Dewey, LLP ("Bowditch"), previously lead counsel for the Jushi Defendants, effective Friday, August 16, 2024, has resigned from Bowditch to join Prince Lobel, who represents another party in this litigation.

2. The Jushi Defendants have decided it is in their best interest to change counsel, and to be represented by Lisa C. Wood of Foley Hoag LLP as lead counsel. Attorney Wood has an appearance in this case, and previously served as an antitrust advisor to the Jushi Defendants and

Bowditch. The Jushi Defendants would like Bowditch, including Brian S. Grossman (appearance entered even date herewith), to assist in this matter going forward.

3. The Jushi Defendants have requested Attorney Radigan's withdrawal as attorney of record and expect his withdrawal will be filed promptly.

4. The Jushi Defendants learned of Attorney Radigan's decision to leave Bowditch on Thursday, August 15, 2024, and after processing this information, and conferring with counsel, decided Attorney Wood should serve as lead counsel effective immediately.

5. Unfortunately, Attorney Wood is unavailable for the August 21, 2024 Status Conference due to a previously scheduled vacation. Attorney Wood will be out of the country and in a location that may not have adequate communications infrastructure or an appropriate location from which she could participate in the Status Conference.

6. The Jushi Defendants believe that holding the Status Conference in the near future is important for all parties involved in this matter. However, the Jushi Defendants request a short delay in the holding of the Status Conference to allow them to address this unexpected need to change counsel and permit them to have their counsel of choice attend the Status Conference. The Jushi Defendants believe that this short delay will not prejudice any party.

For the foregoing reasons, the Jushi Defendants respectfully request this Honorable Court to continue the Status Conference currently scheduled for August 21, 2024 at 2:30 p.m. to a date on or after September 5, 2024.

JUSHI HOLDINGS, INC., JUSHI MA, INC., JUSHI, INC., NATURE'S REMEDY OF MASSACHUSETTS, INC., MCMANN LLC, AND VALIANT ENTERPRISES, LLC,

By Their Attorneys,

*/s/ Lisa C. Wood*

Lisa C. Wood (BBO #543811)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
Telephone: 617-832-1117
Email: lwood@foleyhoag.com

*/s/ Brian S. Grossman*
Brian S. Grossman (BBO #641159)
Jeffrey R. Gribouski (BBO #706144)
BOWDITCH & DEWEY, LLP
200 Crossing Boulevard, Suite 300
Framingham, MA 01702
Telephone:  508-416-2410
E-mail:  bgrossman@bowditch.com
         jgribouski@bowditch.com

Dated: August 19, 2024

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that co-counsel Brian Grossman conferred with counsel for all parties in this matter in a good faith attempt to resolve or narrow the issues presented above.

*/s/ Lisa C. Wood*
Lisa C. Wood

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 19, 2024.

>   */s/ Lisa C. Wood*
>   Lisa C. Wood