AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| MJ's Market, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-40037 |
| Jushi Holdings, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sammartino Investments LLC; WWF LLC; John Brady; Robert Carr, Jr.; and Justin Lundberg.

Date:    1/23/2025

/s/ Joseph E. Long
*Attorney's signature*

Joseph E. Long, Bar No. 713886
*Printed name and bar number*

Dentons Bingham Greenebaum, LLP
One City Center, Suite 11100
Portland, ME  04101
*Address*

joseph.long@dentons.com
*E-mail address*

(207) 544-6487
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2025, a copy of this Notice of Appearance was filed electronically and served on all counsel of record through the electronic filing system.

*/s/ Joseph E. Long*