**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **MJ'S MARKET, INC.,** <br><br>           **Plaintiff,** <br><br> **v.** <br><br> **JUSHI HOLDINGS, INC., et al.,** <br><br>           **Defendants.** | **CIVIL ACTION NO. 4:23-cv-40037** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Ethan Z. Davis as counsel for Plaintiff MJ's Market, Inc. in the above-captioned litigation.

Michael J. Duffy and Eric Kfoury remain as counsel for Plaintiff.

          **MJ'S MARKET, INC.**

          By its attorneys,

          *Ethan Davis*

          Michael J. Duffy, BBO# 652621
          Ethan Z. Davis, BBO #668973
          TYMANN, DAVIS & DUFFY, LLP
          45 Bromfield St., Floor 6
          Boston, MA 02108
          (617) 933-9490
          *mduffy@tddlegal.com*
          *edavis@tddlegal.com*

          Eric J. Kfoury, BBO #552572
          6 Martin Ave
          North Andover, MA 01845
          978.758.9595
          eric@kfourylawandconsulting.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I also certify that I served a true copy of the foregoing upon counsel to all other parties by email.

*Ethan Davis*
Ethan Z. Davis

Dated: June 29, 2026