UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MJ'S MARKET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JUSHI HOLDINGS, INC., JUSHI MA, INC., JUSHI, INC., SAMMARTINO INVESTMENTS LLC, NATURE'S REMEDY OF MASSACHUSETTS, INC. WWF LLC, MCMANN LLC, VALIANT ENTERPRISES, LLC, JOHN BRADY, ROBERT CARR, JR. AND JUSTIN LUNDBERG,<br><br>Defendants. | ) | CIVIL ACTION NO. 23-CV-40037 |

**JOINT MOTION TO CONTINUE THE TRIAL**

Plaintiff MJ's Market, Inc. ("MJ's Market"), Defendants Jushi MA, Inc., Jushi, Inc., Jushi Holdings, Inc., McMann, LLC, Valiant Enterprises, LLC, and Nature's Remedy of Massachusetts, Inc. (collectively "Jushi Defendants") and Sammartino Investments, LLC, WWF, LLC, John Brady, Robert Carr, Jr. and Justin Lundberg (collectively "Sammartino Defendants" and together with MJ's Market and Jushi Defendants, the "Parties") hereby jointly move the Court to continue the trial dates set in the Court's January 15, 2026 Order [ECF No. 113], as proposed below. As grounds therefore, the Parties state as follows:

1. On January 15, 2026, the Court entered an Order setting the schedule for summary judgment briefing, the summary judgment hearing, jury empanelment, and a trial expected to last two and a half to three weeks. The Court set the summary judgment hearing for October 14, 2026, more than three months before jury empanelment. That timing was intentional to let the Court's summary judgment rulings guide the Court's and the Parties' pretrial and trial preparation.

2. On August 21, 2026, all Parties moved for summary judgment. Briefing on all motions was completed by September 24, 2026.

3. On October 6, 2026, the Court advised the Parties that it had a conflict on October 14, 2026 and would need to move the summary judgment hearing to mid- or late-November. The hearing has since been reset for November 23, 2026 at 2:00PM.

4. After the hearing was rescheduled, the Parties met and conferred about how the new date affects the rest of the case schedule. The Parties agree that the changed hearing date is likely to leave insufficient time between rulings on the Parties' summary judgment motions and the current trial date to hold a pre-trial conference and allow for adequate trial preparation time. A continuance would likely alleviate time pressure between summary judgment and trial, giving the Parties enough time to respond to the Court's decisions and set the scope of their pretrial preparation accordingly.

5. Because this case involves many parties and counsel, counsel also conferred about their availability so they could propose workable alternative dates to the Court.

6. In light of the rescheduled hearing, the upcoming holidays, and the efficiency of obtaining summary judgment rulings before pretrial preparation begins—and taking account of counsel's existing scheduling conflicts—the Parties' request the Court's input on rescheduled trial dates and report they have mutual availability as early as beginning of May 2027.

7. Good cause supports the continuance. It will allow the Parties to account for the Court's summary judgment rulings and prepare the necessary pretrial filings, including motions in limine and *Daubert* motions.

8. No Party will be prejudiced by a continuance.

9. The Parties therefore respectfully request that the Court continue the trial, which is expected to last two and a half to three weeks, to a date the Court's calendar can accommodate in early May 2027 or such other later date convenient for the Court.

WHEREFORE, the Parties respectfully request a conference with the Court to reschedule the case deadlines as set forth herein.

Dated: October 19, 2026

**Respectfully submitted,**

MJ'S MARKET, INC.,

By Its Attorneys,

*/s/ Michael J. Duffy*
Michael J. Duffy (BBO #652621)
Law Office of Michael J. Duffy
60 Washington Street
Salem, MA 02108
Telephone: 617-297-8110
mike@mjdlawyer.com

Eric J. Kfoury (BBO #552572)
6 Martin Ave.
North Andover, MA 01845
Telephone: 978-758-9595
eric@kfourylawandconsulting.com

JUSHI HOLDINGS, INC., JUSHI MA, INC., JUSHI, INC., NATURE'S REMEDY OF MASSACHUSETTS, INC., MCMANN LLC, AND VALIANT ENTERPRISES, LLC

By Their Attorneys,

*/s/ Caroline Donovan*
Lisa C. Wood (BBO #543811)
Caroline Donovan (BBO #683274)
Rachel Kerner (BBO #703341)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
Telephone: 617-832-1117
lwood@foleyhoag.com
cdonovan@foleyhoag.com
rkerner@foleyhoag.com

SAMMARTINO INVESTMENTS LLC, WWF LLC, JOHN BRADY, ROBERT CARR, JR., AND JUSTIN LUNDBERG

By Their Attorneys,

*/s/ Kristin McCall*

Chad W. Higgins, Esq., Bar No. 668924
Kristin McCall, Esq. (admitted *pro hac vice)*
Zack B. Brandwein, Esq., Bar No. 697327
Joseph E. Long, Esq., Bar No. 713886
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, ME 04101-6420
Telephone: 207-835-4354
chad.higgins@dentons.com
kristin.mccall@dentons.com
zack.brandwein@dentons.com
joseph.long@dentons.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 19th day of October, 2026.

*/s/ Caroline Donovan*
Caroline Donovan